# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| OFFICE OF DISCIPLINARY COUNSEL,<br>Petitioner | : No. 1363 Disciplinary Docket No. 3<br>:<br>: |
| v. | : No. 43 DB 2008<br>: |
| JOHN J. KELLER,<br>Respondent | : Attorney Registration No. 10282<br>: (Lehigh County) |

## O R D E R

**PER CURIAM:**

AND NOW, this 15th day of October, 2014, there having been filed with this Court by John J. Keller his verified Statement of Resignation dated August 25, 2014, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of John J. Keller is accepted; he is disbarred on consent from the Bar of the Commonwealth of Pennsylvania; and he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.